**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6423**

———————

JAMES STROUSE,

                    Petitioner – Appellant,

          v.

E. D. WILSON, Warden; BERNARDO, SIS; LAGRONE, SIS;
BLACKBURN, Counselor; BENNETT, DHO; HOLDERFIELD, SIS,

                    Respondents – Appellees,

          and

BUREAU OF PRISONS; KEVIN KIDDY, Unit Manager; MENDEZ, SIS;
GENTRY, SIS,

                    Respondents.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    Robert E. Payne, Senior
District Judge. (3:12-cv-00653-REP)

———————

Submitted:  May 29, 2014                Decided:  June 3, 2014

———————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Strouse, Appellant Pro Se. Elizabeth Wu, Assistant United
States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Strouse, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Strouse v. Wilson, No. 3:12-cv-00653-REP (E.D. Va. Mar. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED